

COM.

v.

**JEFFRIES, Q.**

**880 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–CR–0005829–2014 (Philadelphia)

Affirmed.

■

COM.

v.

**BLATCH, H.**

**916 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/12/2017

CP–51–CR–0007790–2014 (Philadelphia)

Affirmed

■

COM.

v.

**TURNER, K.**

**1029 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–CR–0001792–2010 (Philadelphia)

Affirmed

COM.

v.

**JEFFRIES, Q.**

**1111 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–CR–0005830–2014 (Philadelphia)

Affirmed.

■

COM.

v.

**FOSTER, T.**

**1651 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–45–CR–0000764–2013 (Monroe)

Affirmed.

■

**IN the INTEREST OF: B.A.D., a Minor**

**1887 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/12/2017

CP–51–AP–0000210–2016 (Philadelphia)

Affirmed

